```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                     FORT PIERCE DIVISION
                CASE NO. 09-14043-CR-GRAHAM(s)
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

KILEY EILEEN CARPENTER,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on March 8, 2010. A Report and Recommendation filed on March 12, 2010 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count Three of the Superseding Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of March, 2010.

                                              _____
                                              DONALD L. GRAHAM
                                              UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Robert W. Stickney, P.A.
        Theodore M. Cooperstein, AUSA
```