UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 09-14043-CR-GRAHAM

UNITED STATES OF AMERICA

        Plaintiff,

vs.

KILEY EILEEN CARPENTER,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defense Counsel's CJA Voucher for Attorney's Fees.

**THE MATTER** was referred to United States Magistrate Judge Lynch on February 16, 2011. A Report and Recommendation was filed on February 24, 2011 recommending payment in the amount of $10,806.83 as to voucher number FLS091758. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of March, 2011.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Lynch
       Robert W. Stickney, Esq.
       Lucy Lara, CJA Administrator